UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

LORENZO JOE MOORE, JR.,

            **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Importation of Drug Paraphernalia)

On or about July 23, 2024, in Ingham County, in the Southern Division of the Western District of Michigan and elsewhere, the defendant,

**LORENZO JOE MOORE, JR.,**

imported drug paraphernalia into the United States, specifically, three different pill molds primarily intended or designed for use in manufacturing, producing, processing, and preparing a controlled substance.

21 U.S.C. § 863(a)(3)
21 U.S.C. § 863(b)
21 U.S.C. § 863(d)

## FORFEITURE ALLEGATION
(Importation of Drug Paraphernalia)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a), 863(c).

Pursuant to 21 U.S.C. §§ 853(a), 863(c), upon conviction of the offense in violation of 21 U.S.C. § 863(a)(3) set forth in this Indictment, the defendant,

**LORENZO JOE MOORE, JR.,**

shall forfeit to the United States any drug paraphernalia involved in the offense and any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, a pill mold containing the marking M-367, a pill mold containing the markings M-523 and 10/325, and a pill mold marked with the Pac-Man symbol.

21 U.S.C. § 853(a)(1), (2)
21 U.S.C. § 863(c)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney